Darryl M. Jones, In Pro Per
5467 Branda Drive
Los Angeles, California 90043
Telephone: (323) 381-6016

Attorneys for Plaintiff In Pro Per
DARRYL M. JONES

FILED
2017 AUG -8 PM 4:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRCT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL M. JONES, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> REALHOME SERVICES AND SOLUTIONS, INC. HUBZU. ZILLOW. REALTOR.COM. DAVID JUDD, TREVOR HALL, and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: CV17-05875 SJO (AFMx) <br><br> **VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER; AND PRELIMINARY AND PERMANENT INJUCTION:** <br><br> 1. FRAUDULENT TRANSFER <br> 2. EMOTIONAL DISTRESS DAMAGES; AND <br> 3. CIVIL CONSPIRACY <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, DARRYL M. JONES (hereinafter "PLAINTIFF") for his complaint against Defendants, REALHOME SERVICES AND SOLUTIONS, INC, HUBZU, ZILLOW, REALTOR.COM, DAVID JUDD, TREVOR HALL and DOES 1 through 10, inclusive are hereinafter collectively referenced as "DEFENDANTS"; alleges as follows:

### I. PARTIES

1. PLAINTIFF, DARRYL JONES, is, and at all times mentioned herein was, a natural person residing in the City of Los Angeles, County of Los Angeles, the State of California. PLAINTIFF is the owner and lawful occupant of a single

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 1 of 11

VERIFIED COMPLAINT

1  family residential property commonly referenced as 5467 Bradna Drive, Los
2  Angeles, California 90043, more particularly described as:
3      LOT 10, IN BLOCK 4 OF TRACT 10988, IN THE COUNTY OF LOS
4  ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED INBOOK
5  213, PAGES 42 TO 45, INCLUSIVE OF MAPS IN THE OFFICE OF THE
6  COUNTY RECORDER OF SAID COUNTY. APN: 5008-013-049
7      2.    DEFENDANT, **REALHOME SERVICES AND SOLUTIONS,**
8  **INC**, is, and at all times mentioned herein was, a real estate business whose form is
9  presently unknown, that maintains its principle offices at 1000 Abernathy Rd. Ste
10  245,Atlanta, GA 30328
11      3.    DEFENDANTS, **DAVID JUDD** Real Estate Agent (Lic# 00621966)
12  for **REALHOME SERVICES AND SOLUTIONS, INC,** is, and at all times
13  mentioned herein was, a real estate business whose form is presently unknown,
14  that maintains its principle offices at 34 Executive Park, Suite 150 , Irvine, CA
15  92614
16      4.    DEFENDANTS**, TREVOR HALL** Real Estate Auctioneer Agent for
17  **REALHOME SERVICES AND SOLUTIONS, INC,** is, and at all times
18  mentioned herein was, a real estate business whose form is presently unknown,
19  that maintains its principle offices at 1000 Abernathy Rd. Ste 245,Atlanta, GA
20  30328
21      5.    OTHER DEFENDANTS INCLUDE, **HUBZU, ZILLOW,**
22  **REALTOR.COM**. is, and at all times mentioned herein was, a real estate auction
23  website businesses whose form is presently unknown, nor are the main principle
24  offices to be amended
25      6.    The names and capacities, whether individual, corporate, associate or
26  otherwise of certain persons sued herein as DOES 1 through 10, inclusive, are
27  presently unknown, consequently PLAINTIFF sues said Defendants by such
28  fictitious names pursuant to *California Civil Procedure Code* Section 474 and

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 2 of 11

VERIFIED COMPLAINT

1  PLAINTIFF will amend the complaint to insert the same when ascertained.
2  PLAINTIFF is informed and believes and based thereon alleges that each of these
3  Defendants had and/or have principal offices or were doing business in the County
4  of Los Angeles, State of California and are responsible in some way for the
5  happenings and damages alleged in this Complaint.
6      7.    PLAINTIFF is informed and believes, and on such basis alleges, that
7  each of the Defendants herein, including DOES 1 through 10, inclusive, was acting
8  as the abettor, assignee, agent, assistant, delegate, employee, functionary,
9  intermediary, managing member, officer, operative, partner, principal, promoter,
10 proxy, representative, servant, substitute, or surrogate, servant, principal, alter ego
11 and/or other representative of each of the other Defendants, and in doing the things
12 herein alleged were acting in the scope, purpose and authority of such agency,
13 service, employment, and/or other representative capacity with the permission,
14 knowledge, consent and ratification of each of the other Defendants, and each is
15 involved in some manner in the facts herein alleged, and is legally responsible for
16 the acts and omissions of the others, and is responsible to the PLAINTIFF for its
17 acts and omissions.

## II. <u>JURISDICTION</u>

21 Jurisdiction is appropriate in this Court pursuant to 28 U.S.C.§1332 based upon the
22 facts set forth below. PLAINTIFF and the location of the at-issue Property which
23 is located at 5467 Bradna Drive, Los Angeles, California 90043, are each located
24 in the City and County of Los Angeles, State of California.

26     8.    DEFENDANT, **REALHOME SERVICES AND SOLUTIONS,**
27 **INC**, is, and at all times mentioned herein was, a real estate business whose form

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 3 of 11
VERIFIED COMPLAINT

is presently unknown, that maintains its principle offices at 1000 Abernathy Rd. Ste 245,Atlanta, GA 30328

9. DEFENDANTS, **DAVID JUDD** Real Estate Agent (Lic# 00621966) for **REALHOME SERVICES AND SOLUTIONS, INC,** is, and at all times mentioned herein was, a real estate business whose form is presently unknown, that maintains its principle offices at 34 Executive Park, Suite 150 , Irvine, CA 92614

10. DEFENDANTS**, TREVOR HALL** Real Estate Auctioneer Agent for **REALHOME SERVICES AND SOLUTIONS, INC,** is, and at all times mentioned herein was, a real estate business whose form is presently unknown, that maintains its principle offices at  at 1000 Abernathy Rd. Ste 245,Atlanta, GA 30328

11. OTHER DEFENDANTS INCLUDE, **HUBZU, ZILLOW, REALTOR.COM** are located outside of the State of California

12. There is complete diversity of citizenship between PLAINTIFF and DEFENDANTS.

13. PLAINITFF seeks damages against DEFENDANTS through his causes of actions of FRAUDULENT TRANSFER, EMOTIONAL DISTRESS DAMAGES, AND CIVIL CONSPIRACY OF PLAINTIFF"S real property; and have requested damages in an amount in excess of the jurisdictional limit (up to $500,000.00) of this Court.

### III. VENUE

14. Venue is proper in the Central District of California as the Plaintiff/Resident is located in the City and County of Los Angeles, State of California and the DEFENDANTS unlawful conduct occurred for the most part in the County of Los Angeles, State of California.

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 4 of 11

VERIFIED COMPLAINT

## IV. *FACTS COMMON TO ALL CAUSES OF ACTION*

15.   PLAINTIFF brings the instant action to remedy the DEFENDANTS' attempts to manipulate him and the Court as to the title and use of the real property by attempting to illegally auction he's property commonly referenced as 5467 Bradna Drive, Los Angeles, California 90043, and more particularly described as:

LOT 10, IN BLOCK 4 OF TRACT 10988, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED INBOOK 213, PAGES 42 TO    45, INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF    SAID COUNTY. APN: 5008-013-049 (the "Subject Property")

16.   DEFENDANTS, **DAVID JUDD** Real Estate Agent (Lic# 00621966) enlisted the efforts of the now identified DEFENDANTS AND ALL DOES, in order to create a claim and controversy regarding title and ownership of the Subject Property by attempting to illegally sale PLAINTIFF property..

17.   PLAINTIFF alleges that the claims are purposeful in that the DEFENDANTS, and each of them were aware of PLAINTIFF'S claim of ownership and title to the Subject Property.

18.   Said notice was actual in that each of the DEFENDANTS were aware of PLAINTIFF'S claims, as he had filed and served notice of his entitlement to the Subject Property and had filed and serve a Notice of Pendency of Action, Lis Pendens, in relation to the Subject Property, however, Defendants, and each of them proceeded undeterred.

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 5 of 11

VERIFIED COMPLAINT

19. PLAINTIFF, has been the sole owner since the recording of Deed upon Trustee in August 2014.

20. Aware of their tortuous conduct and intent on obtaining title to the Subject Property by any means available, DEFENDANTS, and each of them are attempting to Illegally Auction PLAINTFF property to transfer title and proceed, all in contravention of California Law.

21. As a result PLAINTIFF has filed this action to fully and finally resolve the issues relating to title to the Subject Property.

22. PLAINTIFF is informed and believes and based thereon alleges that at all times relevant in this matter, there existed a unity of interest of DEFENDANTS and each of them.

23. To hold to the separateness of said DEFENDANTS would sanction a fraud or promote injustice and accordingly, PLAINTIFF seeks to hold DEFENDANTS, and each of them, responsible for the debts and obligations of DEFENDANTS under the theory of alter ego.

24. PLAINTIFF is informed and believes, and thereon alleges, that at all times mentioned herein Defendants and DOES 1 through 10 were acting as the agent and/or employee of each remaining Defendants, and acting within the course and scope of said agency and/or employment, and that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged and that PLAINTIFF'S damages, as herein alleged, were proximately cause by such Defendants, and each of them.

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page **6** of **11**

VERIFIED COMPLAINT

# FIRST CAUSE OF ACTION

(Fraudulent Transfer against All Defendants)

25. The allegations of paragraphs 1 through 24 are re-alleged and incorporated by reference.

26. On June 16, 2017 PLAINTIFF, Darryl M. Jones sole owner of his property located at 5467 bradna drive, Los Angeles, CA 90043 listed property for sale with Berkshire Hathaway Realtors (███████); and it was discovered that all DEFENDANT in concert were attempting to illegally Auction/Sale PLAINTIFF property.

27. On May 23, 2017 DEFENDANT, **REALHOME SERVICES AND SOLUTIONS, INC**, who's principle offices at 1000 Abernathy Rd. Ste 245,Atlanta, GA 30328, DEFENDANTS, **DAVID JUDD** Real Estate Agent (Lic# 00621966) for **REALHOME SERVICES AND SOLUTIONS, INC,** who's principle offices at 34 Executive Park, Suite 150 , Irvine, CA 92614, DEFENDANTS, **TREVOR HALL** Real Estate Auctioneer Agent for **REALHOME SERVICES AND SOLUTIONS, INC,** who's principle office at 1000 Abernathy Rd. Ste 245,Atlanta, GA 30328, and OTHER DEFENDANTS INCLUDE, **HUBZU, ZILLOW, REALTOR.COM**. is, who's main principle offices to be amended with complaint. All Defendants have jointly been attempting to conduct an unauthorized Auction/Sale of Plaintiff home ████████.

28. Subsequently, after listing property PLAINTIFF realized the fraudulent attempt on May 23, 2017 by all DEFENDANTS to engage in a civil and fraudulent conspiracy to acquire the Subject Property by way of an illegal auction/sale of Plaintiff property..

29. DEFENDANTS' fraudulent conspiracy including effort to manipulate the title to the Subject Property by having long distant purchases acquire title to the

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 7 of 11

VERIFIED COMPLAINT

Subject Property so as to insure that any challenge to their efforts would be protracted and expenses so as to deter any such efforts.

30.     Under the Uniform Fraudulent Transfer Act you would be committing a crime, see Section 19.40.041

"...(a) a transfer made or obligation incurred by a debtor is fraudulent as to a creditor whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation: (1) with actual intent to hinder, delay, or defraud any creditor of the debtor..."

## SECOND CAUSE OF ACTION
(Emotional Distress against All Defendants)

31.     DEFENDANTS worked in concert against PLAINTIFF property even after receiving several notice to cease and desist with their illegal and unauthorized attempts to illegal gain title over PLAINTIFF property by way of an illegal auction causing **Emotional distress** on Plaintiff and his family. DEFENDANTS action has caused severe **emotional** suffering to the plaintiff through their negligence and intent to cause harm.

## THIRD CAUSE OF ACTION
(Civil Conspiracy against All Defendants)

32.     All defendants have conspired against Plaintiff's property even after receiving several notices to cease and desist with their illegal and unauthorized auction to sale PLAINTIFF property. DEFENDANTS and all of them continued to fraudulently transfer PALINTIFF property.

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page **8** of 11

VERIFIED COMPLAINT

33. The "civil conspiracy theory" has been defined by the courts as (1) an agreement (2) by two or more persons (3) to perform overt act(s) (4) in furtherance of the agreement or conspiracy (5) to accomplish an unlawful purpose or a lawful purpose by unlawful means (6) causing injury to another. To be convincing, the creditor must allege not only the conspirators committed the act but also the act was tortuous in nature. The conspiracy alone is not enough to trigger a claim for civil conspiracy without the underlying tort. Lately, however, advisors have been dragged into the creditor claims as co-conspirators for suggesting and implementing everyday common asset protection strategies.

34. The conduct of the DEFENDANTS which was as described above was fraudulent, oppressive, and malicious. therefore, Plaintiff is entitle to an award of punitive damages in an amount sufficient to punish DEFENDANTS for their malicious conduct and deter such misconduct in the future.

**WHEREFORE,** Plaintiff prays for judgment as follows:

(For All Causes of Actions:)

1. For compensatory and/or incidental damages in an amount not less than $500,000.00;

2. For a Injunctive relief judgment and order forever enjoining DEFENDANTS, and each of them, from claiming any estate, right, title or interest n the Subject Property;

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page **9** of **11**

VERIFIED COMPLAINT

3. For an order enjoining PLAINTIFF from maintaining residency in the Subject Property, pending the full and final resolution of this matter;

4. For reasonable attorneys fees;

5. For costs of suit incurred herein;

6. For putative damages in an amount as the Court deems proper

7. For prejudgment interest on all amounts claimed; and

8. For any other and further relief that the Court deems proper.

## **DEMAND FOR JURY TRIAL**

The Plaintiff, DARRYL M. JONES, hereby demands a jury trial in the above-entitled matter.

DATED: August 8, 2017                    DARRYL M. JONES

_____
Darryl M. Jones

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 10 of 11

VERIFIED COMPLAINT

# VERIFICATION

State of California, }
County of Los Angeles }

I have read the foregoing, **VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER; AND PRELIMINARY AND PERMANENT INJUCTION:** and am familiar with the contents thereof.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of August 2017, at Los Angeles, California.

_____
Darryl M. Jones

From the Desk of
**Darryl M. Jones**
5467 Branda Drive
Los Angeles, CA 90043
(323) 381-6016

Page 11 of 11

VERIFIED COMPLAINT

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Darryl M Jones

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

Real Home Service And Solution

**(b)** County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Atlanta, GA
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

5467 Brynhurst Dr
Los Angeles, CA 90043

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

1000 Abernathy Rd #245
Atlanta, GA 30328

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No   [ ] **MONEY DEMANDED IN COMPLAINT:** $ 01 to $500,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Fraudulent Transfer, Emotional Distress, And Civil Conspiracy

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [X] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accommodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV17-05875**

CV-71 (05/17)     CIVIL COVER SHEET     Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Los Angeles |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?
☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 8/8/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |